THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GUISEPPE CERAMI, Respondent.

*People v. Cerami,* 101 App. Div. 366, affirmed.
(Argued April 24, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1905, which reversed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of the crime of abduction and granted a new trial.

*William Travers Jerome, District Attorney (Edward Sandford* of counsel), for appellant.

*Rosario Maggio* for respondent.

Order affirmed, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.